NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NOVARTIS AG, LTS LOHMANN THERAPIE-SYSTEME AG,**
*Appellants*

v.

**NOVEN PHARMACEUTICALS INC., MYLAN PHARMACEUTICALS INC.,**
*Appellees.*

---

2016-1678, -1679

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2014-00549, IPR2014-00550, IPR2015-00265, and IPR2015-00268.

---

**ON MOTION**

---

**O R D E R**

The above captioned appeals appear related, and thus the court consolidates the appeals.

Because we consolidate the appeals, one set of briefs should be filed.

IT IS ORDERED THAT:

The above-captioned appeals are consolidated, and the revised official caption is reflected above. The appellant's opening brief is due no later than May 9, 2016.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s31